AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   21 - 3 2 4 5   ADC |
| AMAR SALIM SHABAZZ | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

_____ FILED   _____ ENTERED
_____ LOGGED   _____ RECEIVED

1:09 pm, Dec 03 2021

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ 6/1/2021-10/5/2021 _____ in the county of _____ Baltimore _____ in the
_____ District of _____ Maryland _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1341; 1519 | Mail Fraud; Obstruction of Justice |

This criminal complaint is based on these facts:

See affidavit.

☑ Continued on the attached sheet.

Michael Shao  Digitally signed by Michael Shao
Date: 2021.11.22 15:55:15 -05'00'

*Complainant's signature*

Michael Shao, Special Agent, HSI
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date:   24 November 2021

*A. David Copperthite*
*Judge's signature*

City and state:            Baltimore, MD

Hon. A. David Copperthite, U.S. Magistrate Judge
*Printed name and title*