```
____ FILED       ___ ENTERED
____ LOGGED      _____ RECEIVED

1:10 pm, Dec 03 2021
AT  BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AMAR SALIM SHABAZZ ,<br>Defendant. | Case No.  21-mj-3245-ADC<br><br>UNDER SEAL |

## ORDER

Upon review of the Motion of the United States of America, the Court hereby adopts the Government's proffer of the reasons for sealing as presented therein, and it is this 24th day of November 2021, **ORDERED** that the Complaint, Summons, and the Affidavit in support thereof, and this Motion, shall be **SEALED** until further Order of this Court, except that the Government may provide copies of these materials to counsel for the Defendant for the purposes of arranging his initial appearance.

It is further **ORDERED** that the Clerk of the Court provide a copy of this Order to the United States Attorney's Office.

*A.David Copperthite*
Honorable A. David Copperthite
United States Magistrate Judge