✓ FILED   ___ ENTERED
___ LOGGED   ___ RECEIVED

1:07 pm, Dec 03 2021
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | 21-mj-3245-ADC |
| AMAR SHABAZZ | |

## MOTION TO UNSEAL

The United States moves to unseal the docket in the above-captioned case, and to unseal the Complaint and the affidavit in support thereof.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: _____
Digitally signed by AARON ZELINSKY
Date: 2021.12.03 09:09:05 -05'00'

Aaron S.J. Zelinsky
Assistant United States Attorney

So ordered.

_____
THE HONORABLE J. MARK COULSON
UNITED STATES MAGISTRATE JUDGE

December 3, 2021
_____
Date

